IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                    ORDER

                     Plaintiff,

                                       04-cr-147-bbc

        v.

DESHAWN JONES,

                     Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The order entered herein on March 18, 2008 is VACATED.


Entered this 24th day of March, 2008.

                                    BY THE COURT:
                                    /s/
                                    BARBARA B. CRABB
                                    District Judge

1